IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHANNAH BURTON and MICHELLE BLAIR, individually and on behalf of all others similarly-situated | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:17-cv-00134-NJR-SCW |
| v. | ) ) | |
| INVENTURE FOODS, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiffs Shannah Burton and Michelle Blair and Defendant Inventure Foods, Inc. by and through their undersigned counsel hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as to the claims of Plaintiffs and without prejudice as to the claims of putative class members;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 20, 2017          Stipulated and respectfully submitted,

/s/ Matthew H. Armstrong
Matthew H. Armstrong
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd., No. 109
St. Louis MO 63144
Tel:   314-258-0212

Email: matt@mattarmstronglaw.com

Attorney for Plaintiffs


*/s/ Brooke K. Kim (w/consent)*
Brooke K. Kim
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego CA 92101
Tel:    619-699-3429
Email: brooke.kim@dlapiper.com

Attorney for Defendant


## CERTIFICATE OF SERVICE

    I hereby certify that on November 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

*/s/ Matthew H. Armstrong*